No. 353. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* UNITED STATES ET AL. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Nye F. Morehouse* and *P. F. Gault* for appellant. *Acting Solicitor General Stern* and *Allen Crenshaw* for the United States and the Interstate Commerce Commission; *William E. Torkelson* for the Public Service Commission of Wisconsin; *Walter J. Mattison* and *Harry G. Slater* for the City of Milwaukee; and *M. L. Bluhm* for the Chicago, Milwaukee, St. Paul & Pacific Railroad Co., appellees.

No. 358. COPPERWELD STEEL CO. ET AL. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the case set down for argument. *Elliott W. Finkel* and *Maurice J. Mahoney* for the Copperweld Steel Co.; and *Anthony P. Donadio* for the Baltimore & Ohio Railroad Co., appellants. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp* and *Ralph S. Spritzer* for the United States; and *Allen Crenshaw* for the Interstate Commerce Commission, appellees.

